COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-02-419-CV

IN RE HAYWARD RUDD, JR. RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied as moot.  Accordingly, relator's petition for writ of mandamus is denied as moot.

PER CURIAM

PANEL B: HOLMAN, GARDNER, and WALKER, JJ.

[DELIVERED JAN. 3, 2003]

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.